U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    OCT 22 2018

EC

CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Kia Jackson, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| University House Baton Rouge, LLC, | § | |
| City of Baton Rouge, | § | |
|     Defendants | § | |
| | § | |

**Complaint for Negligent Infliction of Emotional Distress**

A. Parties

1. Plaintiff

    Kia Jackson
    185 Roberts Rd,
    Athens, GA 30606
    706-248-5510
    kiajackson86@live.com

2. Defendants:

    University House Baton Rouge, LLC
    740 West Chimes Street
    Baton Rouge, LA 70802
    225-336-3051

    City of Baton Rouge and East Baton Rouge Parish
    222 Saint Louis Street
    3rd Floor
    Baton Rouge, LA 70802
    225-389-3100

B. Jurisdiction

3. Plaintiff, Kia Jackson, is a citizen of the State of Georgia.

4. Defendant, University House Baton Rouge, LLC, is a limited liability corporation under the laws of the State of Louisiana.

5. Defendant, City of Baton Rouge, is a municipality in the state of Louisiana.

6. Jurisdiction is proper because the parties are diverse and the amount in controversy exceed $75,000 due to damages for pain and suffering endured by the plaintiff.

## C. Statement of the Case

7. On April 13, 2018, plaintiff temporarily residing at 740 West Chimes Street apartment 4036, Baton Rouge, LA 70802, began to be surveilled, harassed and stalked by residents living in 740 West Chimes Street apartment 503, Baton Rouge, LA 70802 by way of physical and technological devices.

8. The harassment and stalking by residents residing in 740 West Chimes Street apartment 5036, Baton Rouge, LA 70802 was so extreme and led to the plaintiff's hospitalization from the dates of April 17, 2018 to April 20, 2018 and continued treatment of petitioner.

9. Residents residing in 740 West Chimes Street apartment 5036, Baton Rouge, LA 70802 have continued to actively surveil, harass, and stalk plaintiff every day by means of physical and technological devices since April 13, 2018.

10. Residents residing in 740 West Chimes Street apartment 5036, Baton Rouge, LA 70802 stalked plaintiff in multiple locations throughout Baton Rouge, Louisiana, Athens, Georgia and Houston, Texas.

### Negligent Infliction of Emotional Distress

11. On April 29, 2018, May 3, 2018, June 21, 2018, and July 12, 2018, plaintiff made complaints to the leasing office staff at University House Baton Rouge, LLC regarding the harassment by the residents residing in 740 West Chimes Street apartment 5036, Baton Rouge, LA 70802.

14. The General Manager and Resident Service Manager of University House Baton Rouge, LLC failed to act with reasonable care in providing safe and peaceful housing.

15. On May 3, 2018 and July 12, 2018, plaintiff contacted the Baton Rouge Police Department regarding the surveillance, harassment and stalking whereby officers on each date respectively failed to conduct any investigation or provide equal protection of the law.

## D. Prayers for Relief

16. For these reasons, plaintiff prays that relief be granted in the sum of $5,000,000 against University House Baton Rouge, LLC and the City of Baton Rouge and any other relief the court deems proper.

I hereby certify under penalty of perjury that the above petition is true to the best of my information, knowledge, and belief.

Signed this 22 day of October , 20 18 .

_____

Kia Jackson

Mailing Address:
10795 Mead Rd Apt 407
Baton Rouge, LA 70816

706-248-5510
Kiajackson86@live.com