IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF LOUISIANA
MIDDLE DISTRICT OF LOUISIANA



Kia Jackson,
    Plaintiff

v.

University House Baton Rouge, LLC,
City of Baton Rouge,
    Defendants

§
§
§
§
§
§
§
§
§
§

Civil Action No. 18-CV-934-JWD-EWD

## Motion to Dismiss without Prejudice

PLAINTIFF, Kia Jackson moves to dismiss without prejudice her Complaint for Negligent

Infliction of Emotional Distress against defendants, University House Baton Rouge, LLC and

City of Baton Rouge.

Signed this 3ʳᵈ day of _May_ , 20 19 .

_____

Kia Jackson

Mailing Address:
10795 Mead Rd Apt 407
Baton Rouge, LA 70816

706-248-5510
Kiajackson86@live.com