IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

Kia Jackson,                              §
     Plaintiff                        §
                                      §
v.                                        §    Civil Action No. 18-CV-934-JWD-EWD
                                      §
University House Baton Rouge, LLC,         §
City of Baton Rouge,                      §
     Defendants                       §
                                      §

## Dismissal without Prejudice

The above captioned Complaint for Negligent Infliction of Emotional Distress, with Kia Jackson, plaintiff versus defendants, University House Baton Rouge, LLC and City of Baton Rouge, is hereby dismissed without prejudice.

Executed this __6th__ day of __May__, 2019.

_____

Judge, United States District Court
for the Middle District of Louisiana